**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOEL JUNIOR PIZARRO ORTIZ,

                             Plaintiff,               **25-CV-10159 (MKV) (VF)**

        -against-                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY, et al.,

                           Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of Plaintiff's payment of the fee for the complaint on February 3, 2026, the

application to proceed in forma pauperis at ECF No. 3 is denied as moot.

The Clerk of the Court is respectfully directed to close the motion at ECF No. 3.

      **SO ORDERED.**

DATED:     New York, New York
             February 9, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge