# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                        ltrust@osbornlawpc.com

**VIA ECF**

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: May 1, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 12.

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Pizarro Ortiz v. Commissioner of Social Security*
        Civil Action No. 1:25-cv-10159-MKV-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Noel Junior Pizarro Ortiz, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on May 7, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time. The reason for this request is that the undersigned is currently managing several overlapping briefing deadlines over the coming weeks.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **August 5, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 3, 2026**; and

- Plaintiff to file his reply, if any, on or before: **November 17, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Valerie Figueredo
April 29, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com


cc: Fergus John Kaiser, Esq. (by ECF)