# OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 22, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. No further extensions will be granted absent a showing of good cause. The Clerk of Court is respectfully directed to close the motion at ECF No. 14.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Pizarro Ortiz v. Commissioner of Social Security*
Civil Action No. 1:25-cv-10159-MKV-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Noel Junior Pizarro Ortiz, and with the consent of the defendant, to request a 9-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on August 5, 2026, per the Court's Order granting Extension of Time. This is the parties' second request for an extension of time. Plaintiff's counsel requests this extension due to a pre-scheduled vacation.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **August 14, 2026;**
- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 12, 2026**; and
- Plaintiff to file his reply, if any, on or before: **November 30, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)